Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SHANNON HIGHFILL-POWELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>　　　　Defendant. | Case No.: 1:07-cv-00669-AWI-DLB<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

　　Based upon the stipulation of the parties, and for cause shown,

　　IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including January 27, 2008, in which to file plaintiff's opening brief. Defendant's reply is now due on February 26, 2008 and plaintiff's reply brief due no later than March 12, 2008.

IT IS SO ORDERED

DATED:  December 20, 2007　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　United States Magistrate Judge

-1-