1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9

SHANNON HIGHFILL-POWELL,            )        1:07cv0669 DLB
10                                         )
                                    )
11                                         )
                                    )        ORDER DISMISSING ACTION
12                                         )        WITH PREJUDICE
            Plaintiff,              )
13                                         )
      vs.                           )
14                                         )
MICHAEL J. ASTRUE, Commissioner,    )
15                                         )
                                    )
16          Defendant.              )
                                    )
17 _____ )

            Pursuant to the parties' stipulation to dismiss with prejudice filed on February 21, 2008, this
18
action is DISMISSED WITH PREJUDICE.  Each party shall bear his or her own costs and expenses,
19
including but not limited to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C.
20
§ 2412(d).
21
            IT IS SO ORDERED.
22
      Dated:   **February 21, 2008**              _____/s/ **Dennis L. Beck**_____
23                                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
                                             1